IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONNIE UNDREY JOHNSON                                                                    PLAINTIFF

v.                                    Case No. 6:23-cv-6053

CAPTAIN FRED PHILLIPS,
Jail Administrator, Hot Spring County Jail                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 3rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge